KENNETH D. SULZER (State Bar No. 120253)
ksulzer@constangy.com
RENEE T. BROOK (State Bar No. 110046)
rbrook@constangy.com
CONSTANGY, BROOKS, SMITH & PROPHETE LLP
1800 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone: (310) 597-4552
Facsimile: (424) 276-7410

Attorneys for Defendant
PVH CORP.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARUS YAZICHYAN, an individual, | Case No. 2:16-cv-08341-AB-AJX |
| Plaintiff, | **ORDER ON JOINT STIPULATION RE: DISMISSAL OF THE ENTIRE CASE WITH PREJUDICE** |
| vs. | |
| PVH CORP., a Delaware corporation; and DOES 1 through 100, Inclusive | Judge: Hon. Andre Birotte, Jr. |
| Defendants. | Complaint Filed: September 29, 2016 |

**ORDER**

The Court, having read and considered the Joint Stipulation Re: Dismissal of the Entire Case with Prejudice, and finding good cause, hereby orders as follows:

1. The case is dismissed in its entirety, with prejudice.

IT IS SO ORDERED.

Dated: May 16, 2017

_____
Hon. André Birotte Jr.